UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

ASPEN LICENSING
INTERNATIONAL, INC.,

     Plaintiff,

v.

     CIVIL ACTION NO. 4:06cv 581 RH/wcs

FEDERATED DEPARTMENT
STORES, INC.,

     Defendant.

_____/

## COMPLAINT

     Plaintiff, Aspen Licensing International, Inc. ("ALI"), for its Complaint against Defendant, Federated Department Stores, Inc. ("Federated") alleges the following:

### THE PARTIES

1.     Aspen is a Florida corporation having a place of business at 1649 Forum Place, Suite 12, West Palm Beach, Florida 33401.

2.     Federated Department Stores, Inc. is a Delaware Corporation which operates a nationwide chain of department stores, its principal office being 7 West Seventh Street, Cincinnati, Ohio 45202.

### NATURE OF THE ACTION

3.     This is a civil action for injunctive relief and damages for violations of the Lanham Act, 15 U.S.C. §§ 1051, et seq., federal common law, and the common and statutory laws of the State of Florida.

## JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction under 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1338.

5.     This Court may exercise supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a) because such claims are so related to the claims within this Court's original jurisdiction that they form part of the same case or controversy.

6.     Venue is proper in this District under 28 U.S.C. § 1391(b) and (c).

## FACTS

7.     ALI, through its predecessors-in-interest, owns the goodwill for the ASPEN mark going back to the 1940's when the mark was applied to a line of rugged, functional skiwear and became a top brand for skiers demanding performance apparel.  Today, ALI licenses the use of its ASPEN mark in association with a wide variety of other goods, including bed linens.  The ASPEN mark is widely used in interstate commerce.

8.     In addition to common law rights in the ASPEN mark, ALI owns many federal registrations for the trademark ASPEN, including U.S. Registration No. 1,371,367 for bed linens, namely sheets, pillow cases, blankets, comforters, and bed covers in International Class 024.  A true and correct copy of this registration is attached as Exhibit A.

9.     In 1994 Federated Department Stores, Inc. acquired R.H. Macy & Co., and now owns and operates the Macy's chain of department stores.

10.    Federated advertises, markets, and sells bed linens (comforters) using the
ASPEN mark. These comforters are directly and prominently labeled with the
mark ASPEN. Federated's comforters are hereinafter referred to as the
"Infringing Products." A true and correct copy of Federated's
advertisements, product packaging, and product labeling associated with the
Infringing Products is attached hereto as Exhibit B.

11.    Federated Department Stores, Inc. has at least fifty-five Macy's department
stores located in Florida, with at least two department stores located in the
Northern District of Florida; one location in the Governor's Square Mall, 1500
Apalachee Parkway, Tallahassee, FL 32301, and another in the Oaks Mall,
6671 Newberry Road, Gainesville, FL 32605.

12.    Upon information and belief, Infringing Products are advertised, offered for
sale, and sold at Macy's department stores in the Northern District of Florida
and throughout the United States.

13.    Federated has been aware of Aspen's extensive use and registration of the
mark ASPEN since at least as early as July 10, 2006 when Federated's
counsel responded to ALI's president regarding ALI's claims of infringement.
Additionally, by letter dated September 20, 2006, ALI's counsel again
demanded that Federated cease its infringing use of ALI's ASPEN trademark.
Nonetheless, Federated has continued to market and sell Infringing Products.

14.    Defendant Federated has not complied with ALI's demands.

3

## COUNT ONE
(Trademark Infringement Under the Lanham Act, 15 U.S.C. §1114)

15.    The allegations of Paragraphs 1 through 14 above are re-alleged.

16.    ALI's federally registered trademark ASPEN is protected by at least U.S. Registration No. 1,371,367.

17.    ALI, its predecessors in interest, or its licensees developed, adopted and began using the trademark ASPEN before Federated adopted and began using the mark ASPEN.

18.    Federated's use of ALI's ASPEN trademark is unauthorized.

19.    Upon information and belief, Federated acted knowingly and intentionally in misappropriating ALI's trademark in an effort to trade off the goodwill developed by ALI.

20.    Federated's past, present, and ongoing actions constitute trademark infringement of ALI's trademark by using a mark that causes and is likely to cause confusion, mistake, and deception as to source, sponsorship, or affiliation.

21.    Upon information and belief, Federated's Infringing Products are advertised and/or sold in interstate commerce.

22.    Federated's intrastate sales of Infringing Products substantially affect interstate commerce by damaging the distinctiveness of ALI's trademarks used in interstate commerce and damaging the goodwill ALI has developed through its business in interstate commerce.

23.    Federated's infringing actions will continue unless enjoined by this Court.

4

24.   ALI has no adequate remedy at law.  ALI will suffer irreparable harm to its

business, reputation, and goodwill unless Federated's unlawful conduct is

enjoined by this court.

25.   Federated's conduct has caused ALI to suffer actual damages in an amount to

be determined at trial.

**COUNT TWO**
**(Section 43(a) of the Lanham Act – False Designation of Origin)**

26.   The allegations of Paragraph 1 through 14 above are re-alleged.

27.   Federated, by its unauthorized appropriation and use of ALI's ASPEN mark

has engaged, and is continuing to engage, in acts of wrongful deception of the

purchasing public, wrongful designation as to the source and sponsorship of

goods, wrongful deprivation of ALI's good name and reputation, and the

wrongful deprivation of ALI's rights to public recognition and credit as true

source of ALI's products sold under its ASPEN mark.

28.   From at least as early as February 2006, and continuously after that date,

Federated has been manufacturing, distributing, selling, and marketing

comforters that are directly marked with ALI's ASPEN mark resulting in

consumer confusion as to the source of the product and consumer deception as

to whether Defendants' products are endorsed or sponsored by ALI or

whether ALI is affiliated or associated with Federated.  Such conduct

constitutes unfair trade practices and unfair competition under section 1125(a)

of the Lanham Act.

29.   Federated's conduct has caused ALI to suffer actual damages in an amount to

be determined at trial.  ALI has also suffered irreparable harm which cannot

be compensated by money damages.  Unless Federated is permanently

enjoined, ALI will continue to be damaged and to suffer irreparable harm.

## COUNT THREE
### (Trademark Dilution Under sec. 495.151, Fla. Stat.)

30.    The allegations of Paragraph 1 through 14 above are re-alleged.

31.    Based on Federated's conduct, it is likely that the members of the relevant

public and trade will belive that ALI is connected with and/or sponsoring the

products sold by Federated bearing or under the ASPEN mark.

32.    Therefore, Federated has violated section 495.151, Florida Statutes, because

there is a substantial likelihood that perceived association with Federated's

Infringing Products will dilute the distinctive quality associated with ALI's

ASPEN mark.

33.    Federated's conduct has caused ALI to suffer actual damages in an amount to

be determined at trial.

## COUNT FOUR
### (Trademark Infringement Under Florida Common Law)

34.    The allegations of Paragraph 1 through 14 above are re-alleged.

35.    Federated, without ALI's consent, is selling products that are directly marked

with ALI's ASPEN trademark in the State of Florida.

36.    Federated's actions are likely to cause confusion or mistake or to deceive as to

the source or origin of such products.

37.    Federated's actions are willful, and conducted with knowledge of ALI's

superior rights.

38.     Federated's conduct has caused ALI to suffer actual damages in an amount to
be determined at trial.


## RELIEF REQUESTED

**WHEREFORE**, Plaintiff requests judgment against Defendant for:

A.      A temporary and permanent injunction against Defendant prohibiting
Defendant from manufacturing, marketing, distributing, and selling bedding products
under ALI's ASPEN mark;

B.      A written report, in accordance with 15 U.S.C. §1115, filed with the Court
and served on counsel for ALI within ten days from the entry of any injunction, setting
forth in detail the manner and form in which Defendant have complied with the terms of
the injunction;

C.      Damages as the Court shall deem just and proper under the provisions of
the Lanham Act;

D.      Damages as the Court shall deem just and proper under the provisions of
the Florida Trademark Act, Chapter 495, Florida Statutes;

E.      Damages as the Court shall deem just and proper under the provisions of
Florida common law;

F.      The delivery, by Defendant, its agents, employees and all holding with,
through, or under it, or anyone acting on its behalf, to be impounded during the pendency
of this action, of all articles alleged to infringe ALI's registered trademark;

G.      The delivery, by Defendant, its agents, employees and all holding with, through, or under it, or anyone acting on its behalf, for destruction following a final decision in this action, of all infringing materials;

H.      Reasonable attorney's fees;

I.      The costs of this action; and

J.      Such other and further relief as the Court deems proper.


## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable,


Submitted this 22nd day of December, 2006.


PENNINGTON MOORE WILKINSON
BELL & DUNBAR, P.A.
Attorneys for Plaintiff
215 S. Monroe St., 2nd Floor
Tallahassee, FL 32301
Phone:  (850) 222-3533
Fax:     (850) 222-2126

By: _Will H. Hollimon_____
    WILLIAM H. HOLLIMON
    Florida Bar No. 0104868
    bhollimon@penningtonlaw.com

# EXHIBIT A

Int. Cl.: 24

Prior U.S. Cl.: 42

## United States Patent and Trademark Office

Reg. No. 1,371,367
Registered Nov. 19, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## ASPEN

ABEL INDUSTRIES, INC. (MASSACHUSETTS CORPORATION)
P. O. BOX 420
NEWTON HIGHLANDS, MA 02161

FOR: BED LINENS, NAMELY, SHEETS, PILLOW CASES, BLANKETS, COMFORTERS, BED COVERS; TABLE LINENS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 5–10–1985; IN COMMERCE 5–10–1985.

OWNER OF U.S. REG. NOS. 582,613, 1,236,424 AND OTHERS.

SER. NO. 542,371, FILED 6–11–1985.

LUCY A. MARINO, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Dec 22 04:18:50 EST 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ASPEN |
| **Goods and Services** | IC 024. US 042 050. G & S: BED LINENS, NAMELY, SHEETS, PILLOW CASES, BLANKETS, COMFORTERS, BED COVERS; [ TABLE LINENS ]. FIRST USE: 19850510. FIRST USE IN COMMERCE: 19850510 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73542371 |
| **Filing Date** | June 11, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 10, 1985 |
| **Registration Number** | **1371367** |
| **Registration Date** | November 19, 1985 |
| **Owner** | (REGISTRANT) ABEL INDUSTRIES, INC. CORPORATION MASSACHUSETTS P. O. BOX 420 NEWTON HIGHLANDS MASSACHUSETTS 02161 |
| | (LAST LISTED OWNER) ASPEN LICENSING INTERNATIONAL, INC. CORPORATION FLORIDA 1649 FORUM PLACE, SUITE 12 WEST PALM BEACH FLORIDA 33401 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | EDWARD F. PERLMAN |
| **Prior Registrations** | 0582613;0884709;1102788;1187768;1187769;1236423;1236424;AND OTHERS |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20051027. |
| **Renewal** | 1ST RENEWAL 20051027 |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT B



Our stores are open early and stay open late! find yours now

shopping bag: 0

sign in | register

my account

for the home    **bed & bath**    women    men    juniors    kids    shoes    beauty    jewelry & watches    sale

SEARCH      GO ▸      STORES    GIFTS & GIFT CARDS    WEDDING REGISTRY

## bed & bath

SALE & VALUES

CLEARANCE

**SHOPS**
  Hotel Microsite
  Winter Bedding Shop

**BATH**
  Bath Towels
  Bath Accessories
  Bath Rugs
  Beach Towels

**BEDDING**
  Bed in a Bag
  Bedding Collections
  Bedding by Color
  Blankets & Throws
  **Down Comforters**
  • Down
  • Down Alternative
  • Buy by Weight
  • Buying Guide
  Electric Blankets
  Featherbeds & Fiberbeds
  Mattress Pads
  Pillows
  Quilts
  Sheets
  Visco Memory Foam
  Waterproof and
  Hypoallergenic

**BRANDS**
  Calvin Klein
  Charter Club
  DKNY
  Hotel Collection
  Lauren Ralph Lauren
  MORE BRANDS

Bed & Bath > Down Comforters > **CHARTER CLUB "ASPEN" COMFORTER**



+ ZOOM

### SPECIAL SAVINGS!
### Charter Club "Aspen" Comforter

Experience supreme softness and incomparable warmth with Charter Club's exclusive luxury lightweight Aspen comforter. This modern, striped design features a 350-thread count cotton cover with extraordinary white goose down fill power. Baffle-box construction keeps down in place. Seven-year warranty.

- Baffle box stitch
- See our FAQ
- This luxury bedding is eligible for free shipping

**Overall Rating ★★★★★ 4.8 out of 5**

4 of 4 (100%) of customers said they would recommend this product to a friend.

Read all reviews    Write a review

Write a review for a chance to
**WIN a $1000 GIFT CARD!** see details

*Our normal Gift Boxing is not available for these items.*

| Components | Color | Reg. | Was | Sale | Quantity |
|---|---|---|---|---|---|
| **SPECIAL SAVINGS!** <br> Full/Queen Comforter, 88x96" <br> **In Stock: usually ships within 3 business days** | White | $360.00 | $199.99 | $179.99 | Qty ▾ |
| This item is assigned a shipping surcharge fee of $3.25 based on size/weight and/or special shipping requirements. | | | | | |
| **SPECIAL SAVINGS!** <br> King Comforter, 106x96" <br> **In Stock: usually ships within 3 business days** | White | $370.00 | $209.99 | $184.99 | Qty ▾ |
| This item is assigned a shipping surcharge fee of $3.25 based on size/weight and/or special shipping requirements. | | | | | |

*Our normal Gift Boxing is not available for these items.*

ADD TO SHOPPING BAG

▸ Email To A Friend   ▸ Compare To All

▸ Add To Wish List   ▸ Compare To Best Sellers

*(Sale ends 12/21/06)*   Pricing Policy



CHARTER CLUB®

HOME

ROPEAN WHITE GOOSE DOWN COMFORTER

ASPEN

Hypo-allergenic EcoDown™

600 Fill Power

350 Thread Count, Woven Stripe
long Cotton Cover
with Charter Club embroidery and corner silk label

Baffled Box Construction
allows maximum loft for warmth and prevents
shifting of down and cold spots

Machine Washable and Dryable







2

shop online! visit macys.com for more great savings & values

*Fill weights are approximate. Always/Everyday Value prices may be lowered as part of a clearance. Advertised items may not be
DURING THE 90 DAYS BEFORE OR AFTER THE SALE EVENT, BUT NOT NECESSARILY DURING THE PAST 30 DAYS. SAVINGS MAY NOT BE B
REDUCTIONS MAY HAVE BEEN TAKEN. Pillows, comforters, mattress pads and feather beds shown carry manufacturers' warranties;
70J; should not be used near sources of ignition.

☆ SALE 99.99 ANY SIZE

K. Appalachian white goose ecoDown® comforter by
Charter Club. 300-thread count cotton cover. Premium
lightweight. Made in USA and imported. Twin-king.
20 oz.-36 oz.* Reg. $250-$270, previously 129.99 each.



Reg. $135-$165, sale 80.99-98.99.

☆ SALE 169.99 QUEEN OR KING

L. Aspen European white goose ecoDown® comforter
by Charter Club. 350-thread count cotton cover. Luxury
lightweight. Made in USA and imported. 35 oz. & 40 oz.*
Reg. $360 & $370, previously 179.99 each.




the gift store
macy's
way to shop!

Our stores are open early and stay open late! find yours now

shopping bag: 0
sign in | register
my account

| for the home | bed & bath | **women** | men | juniors | kids | shoes | beauty | jewelry & watches | sale |

SEARCH |                    GO ►                              STORES    GIFTS & GIFT CARDS    WEDDING REGISTRY

## women's

Women's > Handbags > JESSICA SIMPSON "ASPEN" SHOPPER

SALE & VALUES

CLEARANCE

**SHOPS**
Coach
INC Site
Cashmere
Gifts
Juniors/Thisit
Petites
Plus Sizes
Resort

**APPAREL**
Active
Coats
Dresses
Intimates
Jackets & Blazers
Jeans
Pants
Shorts
Skirts
Sleepwear & Slippers
Sweaters
Suits
Swimwear
Tops

**SHOES & ACCESSORIES**
Accessories
Hats, Gloves & Scarves
**Handbags**
• Hobos
• Evening Bags
• Minis & Clutches
• Shoulder Bags
• Totes & Top Handles
• Business and Laptop
• Brands
Jewelry Trends
Shoes

**BRANDS**
Calvin Klein
COACH
INC International Concepts
Lauren by Ralph Lauren
MICHAEL Michael Kors
MORE BRANDS

### Jessica Simpson "Aspen" Shopper

Leather and imitation shearling trim pack a ultrastylish and supercozy punch. Magnetic closure. Double strap with tassel accents and 7-1/2 inch handle drop. With inside zip compartment divider, 2 inside open pockets and 1 inside zip pocket. 12" H x 16" W x 6" D. Imported.



+ ZOOM

**Overall Rating** ★ ★ ★ ★ ★ **5** out of **5**

**2** of **2** (100%) of customers said they would recommend this product to a friend.

Read all reviews    Write a review

Write a review for a chance to
**WIN a $1000 GIFT CARD!** see details

**$228.00**

Color:    Select Color ▼

Quantity:    1    ▼

Reset Selection

WE SUGGEST


MICHAEL
Michael Kors
"Saratoga"
Hobo
**$498.00**


Kathy Van
Zeeland "Snow
Bound" Satchel
**$89.00**


MICHAEL
Michael Kors
"Roadie"
Shoulder Bag
**$448.00**


ADD TO SHOPPING BAG

► Email To A Friend    ► Compare To All
► Add To Wish List    ► Compare To Best Sellers


**Special Offer**
Get this adorable Snoopy plush toy, complete with a custom FM radio and removable hoodie, for $14.95 with any $35 purchase. While supplies last.

**Product Reviews**        Review This Product    Choose a sort order ▼

**Overall Rating:** ★ ★ ★ ★ ★ **5** out of **5**
**Jessica Simpson "Aspen Shopper"**, October 22, 2006
By Ranger from L.A. (read all my reviews)

"Great looking bag. Very versatile. Good pick."

**How often do you shop at macys.com?:** Frequently
**Are you a Macy's Credit Card holder?:** Yes
**What is your age?:** 30-39
**What is your gender?:** Female