# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ASPEN LICENSING
INTERNATIONAL, INC.,

    Plaintiff,

v.                                               CASE NO. 4:06cv581-RH/WCS

FEDERATED DEPARTMENT
STORES, INC.,

    Defendant.

_____/

## ORDER FOR DISMISSAL

Plaintiff having filed a notice of voluntary dismissal with prejudice (document 4), the clerk shall enter judgment stating, "This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)." Each party shall bear its own fees and costs. The clerk shall close the file.

SO ORDERED this 24th day of April, 2007.

                                               s/Robert L. Hinkle
                                               Chief United States District Judge