# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ASPEN LICENSING INTERNATIONAL,
INC.,

       VS                                 CASE NO.  4:06cv581-RH/WCS

FEDERATED DEPARTMENT STORES,
INC.,

## JUDGMENT


"This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure

41(a)."

                                  WILLIAM M. McCOOL, CLERK OF COURT


 April 24, 2007                       *s/David L. Thomas*
DATE                               Deputy Clerk: David Thomas